IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ILANA VOLARIC,

    Plaintiff,

vs.                                                       4:06-CV-201-SPM

DIRECT MERCHANTS BANK,
LAW OFFICES OF ERSKINE & FLEISHER,
ANDREW J. FLEISHER,
JOHN AND JANE DOE, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 7) dated September 21, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is

adopted and incorporated by reference in this order.

2.      This case is *dismissed* without prejudice for failure to prosecute.

**DONE AND ORDERED** this twenty-second day of November, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge